UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:22-CR-00139-X |
| KEIMEION JONTESE CLEMONS-RUSK, | § § § § | |
| *Defendant.* | § § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is defendant Keimeion Jontese Clemons-Rusk's motion to dismiss the indictment against him on the grounds that it fails to state an offense that may be constitutionally prosecuted. [Doc. No. 20]. As the defendant concedes, this argument is foreclosed by Fifth Circuit precedent. Accordingly, the Court **DENIES** the motion.

**IT IS SO ORDERED** this 31st day of August, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1